DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

THE RANCH LAND OPERATIONS, LLLP, a Florida limited
partnership, and THOMAS RANCH INTANGIBLES, LLLP,
a Florida limited partnership,

Petitioners,

v.

GRAN PARADISO PROPERTY OWNERS ASSOCIATION, INC.,
a Florida not-for-profit Corporation, and
WEST VILLAGES IMPROVEMENT DISTRICT, a local unit
of special-purpose government of the State of Florida,

Respondents.

No. 2D23-1281

_____

December 15, 2023

Petition for Writ of Certiorari and for Writ of Prohibition to the Circuit
Court for Sarasota County; Hunter W. Carroll, Judge.

Brian A. Bolves and Paria Shirzadi Heeter of Manson Bolves Donaldson
Tanner, P.A., Tampa, for Petitioners.

Joseph M. Herbert of Norton, Hammersley, Lopez & Skokos, P.A.,
Sarasota, for Respondent Gran Paradiso Property Owners Association,
Inc.

Joseph A. Brown and Caleb S. Sugg of Kutak Rock LLP, Tallahassee, for
Respondent West Villages Improvement District.

PER CURIAM.

The petition for writ of certiorari is dismissed. The petition for writ of prohibition is denied.


SLEET, C.J., and KHOUZAM and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.